IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-2420-AP**

IN RE:

**NESBIT LEE LACY a/k/a**
**N. LEE LACY, LEE LACY,**

    Debtor.

**STINKY LOVE, INC., a California corporation**,

    Plaintiffs/Appellees,

v.

**N. LEE LACY, and VANNA WARMACK LACY,**

    Defendants/Appellants.

---

## ORDER

---

Kane, J.

The Motion of Defendants to Withdraw the Reference for the Adversary Proceeding is DENIED. If and when the proceedings before the bankruptcy court in this action progress to the point that Plaintiff's claim is ready to be tried and plaintiff succeeds in establishing it has a right under the common law to a jury trial, the issue of withdrawal of the reference may be revisited.

Dated this 8th day of December, 2005.

                                       BY THE COURT:

                                       S/**John L. Kane**
                                       Senior Judge, United States District Court